SCWC-16-0000207

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARLENE TIM SING, individually and as Next Friend to her daughter, Makalika Tim Sing, a minor, and as her Personal Representative for the Estate of DALE KANANI TIM SING, Deceased; DALE CORDERO, KALE TIM SING, and LOKELANI TIM SING, Petitioners/Plaintiffs-Appellants,

vs.

KONRAD K. MOSSMAN, HUIHUI LAVON KANAHELE-MOSSMAN, Respondents/Defendants/Cross-Claim Plaintiffs/Cross-Claim Defendants/Appellees,

and

COUNTY OF HAWAIʻI, Respondent/Defendant/Cross-Claim Defendant/Cross-Claim Plaintiff/Appellee, (3CC051000297)

_____

KASSY ASTRANDE, individually and as Guardian Ad Litem of MCKENZIE TIM SING, a minor, Respondent/Plaintiff-Appellee,

vs.

KONRAD K. MOSSMAN, HUIHUI LAVON KANAHELE-MOSSMAN, Respondents/Defendants/Cross-Claim Plaintiffs/ Cross-Claim Defendants/Appellees,

and

COUNTY OF HAWAIʻI Respondent/Defendant/Cross-Claim Defendant/ Cross-Claim Plaintiff/Appellee. (3CC051000413)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000891 and CAAP-16-0000207)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners Marlene Tim Sing, Dale Cordero, Kale Tim Sing, and Lokelani Tim Sing's application for writ of certiorari filed on August 28, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 21, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson